DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNNY A. FOSTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1501

[August 26, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 561993CF002780A.

Johnny A. Foster, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***